UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 134 (SCR)

v.

Jonathan Moore,

---

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated January 7, 2009, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: *February 18, 2009*

SO ORDERED:

*/s/ Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____